## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 14-CIV-61538-LENARD/GOODMAN

CAMILO MENDOZA,

       Plaintiff,

v.

WELLS FARGO BANK, N.A.,

       Defendant.

_____/

### FINAL MEDIATOR'S REPORT

Neil Flaxman, Esq., the undersigned certified Mediator reports to this Honorable Court as follows:

The Mediation was held on the 15th day of April, 2015 at 1:30 p.m. All parties appeared.

An agreement was reached; the case is SETTLED.

Dated this 30th day of April, 2015

                Respectfully submitted,
                **Neil Flaxman, Esq.**
                Florida Supreme Court Certified Circuit &
                Appellate Mediator
                Certified District Court Mediator (S.D. Fla.)
                Brickell City Tower, Suite 3100
                80 Southwest 8th Street
                Miami, Florida 33130
                Tel: 305-810-2786- Fax: 305-810-2824
                E-mail: flaxy@bellsouth.net

        By:   *s/ Neil Flaxman*
                Neil Flaxman, Esq.
                Fla. Bar No. 025299